Before WILLIAM ALLEN, Chief Juſtice.
LAWRENCE GROWDEN, and } Juſtices.
CALEB COWPLAND,

---

### ANONYMOUS.

ADJUDGED by the Court, that the Statute of Frauds and Per-juries † does not extend to this Province, though made before Mr. *Penn*'s Charter: The Governor of *New-York* having exercifed a Jurifdiction here, before the making that Statute, by Virtue of the Word *Territories*, in the Grant to the Duke of *York*, of *New-York* and *New-Jerfey*.

---

## *April* Term, 1759.

WILLIAM ALLEN, Chief Juſtice,
WILLIAM COLEMAN, Juſtice.

---

### The *Leſſee* of HYAM and others *verſus* EDWARDS.

COPY of a Deed inrolled in the King's Bench in *England*, proved before the Lord Mayor of *London* to be a true one; allowed to be given in Evidence to a Jury to fupport a Title to Lands in this Province. *

---

† 29 Car. 2. c. 3. This ſtatute was fupplied, however by an act of General Aſſembly paſſed the 12 Geo. 3. *c.* 31. 1 *State Laws* 462. and fee 2 *P. Will.* 75.

* 11 *Mod.* 2 c. 2.